FILED
CLERK, U.S. DISTRICT COURT

05/11/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL MICHAEL WATROUS,<br>　aka "Turbo,"<br><br>　　　　Defendant. | ED CR No. 5:22-cr-00120-JWH<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C), 859: Distribution of Fentanyl to a Person Under 21 Years of Age Resulting in Serious Bodily Injury; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i): Possession with Intent to Distribute Controlled Substances; 21 U.S.C. § 860a: Possession with Intent to Distribute Methamphetamine on Premises Where a Minor Resides or is Present; 21 U.S.C. § 853: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C), 859]

On or about September 12, 2021, in Riverside County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," a person at least 18 years of age, knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug

controlled substance, to Minor Victim 1, a person under 21 years of age, the use of which resulted in the serious bodily injury of Minor Victim 1 on or about September 15, 2021.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about October 14, 2021, in Riverside County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 217 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. § 860a]

On or about October 14, 2021, in Los Angeles County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), as charged in Count Two of this Indictment, on premises in which, at that time, an individual who was under the age of 18 years was present and resided.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 14, 2021, in Riverside County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 14, 2021, in Riverside County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," knowingly and intentionally possessed with intent to distribute 3,4-Methylenedioxymethamphetamine ("MDMA," "ecstasy," or "molly,"), a Schedule I controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 14, 2021, in Riverside County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," knowingly and intentionally possessed with intent to distribute 3,4-Methylenedioxyamphetamine ("MDA," or "sally"), a Schedule I controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i)]

On or about October 14, 2021, in Riverside County, within the Central District of California, defendant SAMUEL MICHAEL WATROUS, also known as "Turbo," knowingly and intentionally possessed with intent to distribute ketamine, a Schedule III controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offenses set forth in any of Counts One through Seven of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Branch Office